UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re:                                                        :
                                                              :   Chapter 7
DOROTHY M. TUCKER                                             :   Case No.  19-23187 (RDD)
                                                              :
                       Debtor(s).                             :
---------------------------------------------------------------x

**STIPULATION AND ORDER
EXTENDING TRUSTEE'S AND UNITED STATES
TRUSTEE'S TIME TO OBJECT TO THE DEBTOR'S DISCHARGE,
<u>EXEMPTIONS AND/OR FILE MOTION UNDER 11 U.S.C. § 707(b)</u>**

　　　　　　IT IS HEREBY STIPULATED AND AGREED by and among the Debtor, the Trustee and the United States Trustee as follows:

　　　　　　1.　　　　The time period within which the Trustee and the United States Trustee may object to the Debtor's discharge pursuant to 11 U.S.C. § 727 and/or object to exemptions pursuant to Federal Rule of Bankruptcy Procedure 4003(b) and/or the United States Trustee's time to file a motion pursuant to 11 U.S.C. § 707(b) be and are hereby extended to and including October 31, 2019, without prejudice to any further extension of time that the United States Trustee or the Trustee may seek.

　　　　　　2.　　　　This stipulation may be executed in counterparts and each such counterpart together with the others shall constitute one and the same instrument, and facsimile and scanned signatures herein shall be deemed to be original signatures.

　　　　　　3.　　　　The parties hereto consent to the entry of the stipulation as an order in this Chapter 7 case.

{00024106v1 }

| | |
|---|---|
| Dated: Wappingers Falls, New York<br>July 29, 2019 | DEBTOR<br><br>/s/ Dorothy M. Tucker<br>Dorothy M. Tucker<br><br>ATTORNEY FOR DEBTOR<br>By:  Genova & Malin<br><br>*/s/ Michelle L. Trier*<br>Name:  Michelle L. Trier<br>Address:   Hampton Business Center<br>　　　　　　1136 Route 9<br>　　　　　　Wappingers Falls, NY 12590<br>Tel:  845.298.1600<br>Email: michelle_genmal@optonline.net |
| Dated:   New York, New York<br>　　　　　June 28, 2019 | HOWARD P. MAGALIFF,<br>Chapter 7 Trustee<br>By:<br><br>*/s/ Howard P. Magaliff*<br>335 Madison Avenue, 9th Floor<br>New York, NY 10173<br>Tel:  646.453.7851<br>Email: *trustee@r3mlaw.com* |
| Dated:   New York, New York<br>　　　　　July 29, 2019 | WILLIAM K. HARRINGTON<br>UNITED STATES TRUSTEE<br>By:<br><br>*/s/ Paul Schwartzberg*<br>Paul Schwartzberg, Trial Attorney<br>201Varick Street, Suite 1006<br>New York, NY 10014<br>Tel:  212.510.0500 |

SO ORDERED this 30th

day of July, 2019

/s/ Robert D. Drain
ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE